NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                     Criminal Number 14-cr-58 (BAH)

Domingo Avilez Urias
      (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz    DC Bar # 451557
_(Attorney & Bar ID Number)_
Price Benowitz LLP
_(Firm Name)_
409 7th Street, NW, Suite 200
_(Street Address)_
Washington, DC 20004
_(City)           (State)          (Zip)_
c (202) 271-5249; o (202) 417-6000
_(Telephone Number)_