**SELECT SENTENCING CHARACTERISTICS FOR DRUG TRAFFICKING OFFENDERS
WITH A FINAL OFFENSE LEVEL 37 AND CRIMINAL HISTORY CATEGORY I,
§5K1.1 SUBSTANTIAL ASSISTANCE DEPARTURES EXCLUDED
Fiscal Years 2010-2014**

| | | | National | | | |
|---|---|---|---|---|---|---|
| **Convicted Under 21 U.S.C. §§ 959, 960, or 963[1]** *(All Drugs)* | N | % | Average Length of Imprisonment in Months[3] | Median Length of Imprisonment in Months[3] | Average Percent Decrease From Guideline Minimum[3] | Median Percent Decrease From Guideline Minimum[3] |
| **TOTAL OFFENDERS** | 4 | 100.0 | -- | -- | -- | -- |
| **OFFENDERS SENTENCED WITHIN GUIDELINE RANGE** | 2 | 50.0 | -- | -- | -- | -- |
| **GOVERNMENT SPONSORED BELOW RANGE** | | | | | | |
| §5K3.1 Early Disposition Program Departure | 1 | 25.0 | -- | -- | -- | -- |
| Other Government Sponsored Below Range *(excluding §5K1.1 Substantial Assistance Departures)* | 1 | 25.0 | -- | -- | -- | -- |
| **NON-GOVERNMENT SPONSORED BELOW RANGE** | 0 | 0.0 | -- | -- | -- | -- |
| **No Statute Restrictions[1]** *(Methamphetamine, Powder Cocaine, or Marijuana Only)* | N | %[2] | Average Length of Imprisonment in Months[3] | Median Length of Imprisonment in Months[3] | Average Percent Decrease From Guideline Minimum[3] | Median Percent Decrease From Guideline Minimum[3] |
| **TOTAL OFFENDERS** | 68 | 100.0 | -- | -- | -- | -- |
| **OFFENDERS SENTENCED WITHIN GUIDELINE RANGE** | 31 | 45.6 | 215 | 210 | N/A | N/A |
| **GOVERNMENT SPONSORED BELOW RANGE** | | | | | | |
| §5K3.1 Early Disposition Program Departure | 1 | 1.5 | -- | -- | -- | -- |
| Other Government Sponsored Below Range *(excluding §5K1.1 Substantial Assistance Departures)* | 11 | 16.2 | 143 | 132 | 31.9 | 37.1 |
| **NON-GOVERNMENT SPONSORED BELOW RANGE** | 25 | 36.8 | 154 | 162 | 26.8 | 22.9 |

[1] Only offenders with complete guideline application information sentenced under USSG §2D1.1 were included in this analysis. This table reflects information for those offenders with a Base Offense Level 38 from the Drug Quantity Table who received 2 points for possessing a dangerous weapon and -3 points for acceptance of responsibility, were charged with a drug statutory mandatory minimum of 120 months, and did not benefit from the safety valve reduction. Offenders who received a departure under USSG §5K1.1 were excluded from the analysis. This table presents national data only. No offenders meeting these criteria were found in the District of the District of Columbia. None of the identified offenders were sentenced above the guideline range.

[2] Percentages do not add to exactly 100.0% due to rounding.

[3] Sentences of probation were included in the average/median sentence computations as zero months' imprisonment. The information presented includes time of confinement as described in USSG §5C1.1. The Commission does not report average/median sentence or percent decrease information for categories with fewer than three offenders.

SOURCE: United States Sentencing Commission, 2010 through 2014 Datafiles, USSCFY10-USSCFY14.