Copies to: Judge
　　　　　AUSA - Special Proceedings
　　　　　Dft.

**FILED**

MAY - 2 2016

Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,　　　　　　　　　　　Case No. 14CR58-01

vs.

DOMINGO AVILEZ URIAS,　　　　　　　　　Hon. Beryl A. Howell

　　　　　Defendant.

_____/

### MOTION FOR ORDER COMPELLING DISCHARGED COUNSEL TO RETURN DEFENDANT'S FILES AND RECORDS

　　COMES NOW, Defendant, Domingo Avilez Urias, appearing pro se, and respectfully moves this Honorable Court for an Order compelling discharged counsel, Matthew J. Lombard, Esq., to return to Defendant all of the files and records generated in the above-entitled case.

　　On March 4, 2016, this Court sentenced Defendant to an imprisonment term of 204 months. Notwithstanding Defendant's explicit request to do so, Lombard failed to file a notice of appeal, thus precluding Defendant from obtaining direct review. Defendant now intends to move the Court to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 to raise each and every instance of Lombard's ineffective assistance.

　　However, so as to have a meaningful opportunity of 2255 review, Defendant must possess the very files and records that



will used to evaluate any claims he wishes to raise. For that reason, Defendant has made repeated attempts to contact Lombard to request the <u>entire</u> file but Lombard seems to be avoiding communication with Defendant.

"[A] lawyer must deliver to [his] client or former client, at an appropriate time and in any event promptly after the representation ends, such originals and copies of the other documents possessed by the lawyer relating to the representation as the client or former client reasonably needs." <u>Restatement (Third) of the Law Governing Lawyers</u>, § 46(3)(2000).

In the instant case, Lombard has no legitimate need for Defendant's files and records as he is no longer providing representation.

Whereas Defendant is in dire need of the entire files and records. While obtaining section 2255 relief is rarity, without the files and records, it's an endeavor that becomes virtually impossible.

Wherefore, Defendant respectfully asks that the Court issue and Order compelling Matthew J. Lombard, Esq., to promptly return to Defendant all the files and records generated throughout the case, so as to provide Defendant with a meaningful opportunity to prepare a section 2255 motion raising meritorious constitutional claims for relief.

Dated: April 25, 2016                    Respectfully submitted,

*Avilez Urias Domingo*

Appearing Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2016 I amiled a true and correct copy of the herein foregoing to the U.S. Attorney's office and Matthew J. Lombard, Esq., by depositing the same in the institution's internal mail system, first-class postage fully prepaid.

*Avilez Urias Domingo*
Domingo Avilez Urias

ingo Avilez Umas
, No. 41762-380
umont - FCC-LOW
Box 26020
umont, Texas 77720

NORTH HOUSTON TX

25 APR 2016 PM 2 L



U.S. Attorney's Office
333 Constitution Ave, N.W.
Washington D.C. 20001

20001280299