UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 14-CR-58 (BAH) |
| | ) | |
| v. | ) | |
| | ) | |
| DOMINGO AVILEZ URIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR AN EXTENSION OF TIME**

The parties hereby jointly move the Court for an extension of time for the Government to file its Response to the Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255.

On June 6, 2016, the Defendant filed a Motion to Seal and a Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 under seal (See Docket Entries No. 52 and 53). On June 8, 2016, the Court ordered the Government to respond to the Defendant's Motion by July 6, 2016.

The Government has been working on its response to the Defendant's Motion, and has been in touch with Defense counsel, Mr. Matt Lombard, regarding the filing of the Defendant's Motion. Defense counsel has requested that the Government seek an extension of time to file a Response to the Defendant's Motion in order to allow Defense counsel an opportunity to speak with the Defendant. Defense counsel has stated that he will speak with the Defendant by July 29, 2016.

1

The conversation between Defense counsel and the Defendant may impact the substance of the Government's Response to the Defendant's Motion. Therefore, after Defense counsel has had an opportunity to speak with the Defendant, the Government will need an additional two weeks to finalize the Government's response to the Defendant's Motion.

WHEREFORE, for the foregoing reason, the parties jointly respectfully request that the Court grant the Joint Motion and continue the deadline for the Government's Response to August 12, 2016.

Respectfully submitted this 27th day of June, 2016

                                        ARTHUR WYATT, Chief
                                      Narcotic and Dangerous Drug Section

By:   /s/_____
        Andrea Goldbarg
        Amanda N. Liskamm
        United States Department of Justice
        Criminal Division
        Narcotic and Dangerous Drug Section
        145 N Street, Northeast
        East Wing, Second Floor
        Washington, D.C. 20530
        Tel. (202) 514-0917

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a copy of the foregoing was sent via the CM/ECF system, to counsel of record for the Defendant.

                              ARTHUR WYATT, Chief
                              Narcotic and Dangerous Drug Section

By:    /s/_____
          Andrea Goldbarg
          Amanda N. Liskamm
          United States Department of Justice
          Criminal Division
          Narcotic and Dangerous Drug Section
          145 N Street, Northeast
          East Wing, Second Floor
          Washington, D.C. 20530
          Tel. (202) 514-0917